In the Matter of the Claim of CATHERINE BOIES, Respondent, v. WHITEHEAD METALS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— GABRIELLI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Gabrielli, J.

In the Matter of the Claim of ANTOINETTE TELARICO, Respondent, v. JOSEPH J. and JAMES F. CONWAY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— HERLIHY, J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J.